**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER NALL** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Case No. 4:15CV259** |
| | § | |
| **CENLAR, FSB** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 17, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion to Dismiss of Cenlar FSB (Dkt. 7) should be GRANTED and that Plaintiff's claims should be dismissed for failure to state a claim.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, the Motion to Dismiss of Cenlar FSB (Dkt. 7) is GRANTED and Plaintiff's claims shall be dismissed for failure to state a claim.

**IT IS SO ORDERED.**

      **SIGNED this the 15th day of July, 2015.**

_____

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE